UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | NO. 2:21CR98-PPS/JPK |
| DOUGLAS SHERMAN BLOWERS, ) | |
| Defendant. ) | |

## ORDER

This matter is before me on the findings and recommendation of Magistrate Judge Joshua P. Kolar relating to defendant Douglas Sherman Blowers' agreement to enter a plea of guilty to Count 1of the superseding indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 405.]  Following a hearing on the record on September 28, 2022 [DE 430], Judge Kolar found that defendant understands the charges, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea and that the defendant knowingly and voluntarily entered into his agreement to enter a plea of guilty.  Judge Kolar recommends that the Court accept defendant's plea of guilty and proceed to impose sentence.  Neither party has filed a timely objection to Judge Kolar's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Douglas Sherman Blowers' plea of guilty, to which no objection

has been filed, the Court hereby ADOPTS the findings and recommendation [DE 430] in their entirety.

Defendant Douglas Sherman Blowers is adjudged GUILTY of Count 1 of the superseding indictment, a charge of conspiracy to participate in racketeering activity in violation of 18 U.S.C. §1962(d).

The sentencing hearing is set for January 17, 2023 at 1:00 p.m. Hammond/Central time.

SO ORDERED.

ENTERED: October 14, 2022.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT